FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Albemarle Corporation  v. United States

No. 15-5015

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for: Albemarle Corporation
                                  Name of party

I am, or the party I represent is (select one):

[ ] Petitioner    [ ] Respondent    [ ] Amicus curiae    [ ] Cross Appellant
[✓] Appellant     [ ] Appellee      [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

Name: Jerome B. Libin
Law firm: Sutherland Asbill & Brennan LLP
Address: 700 Sixth Street, NW, Suite 700
City, State and ZIP: Washington, DC 20001
Telephone: (202) 383-0145
Fax #: (202) 637-3593
E-mail address: jerome.libin@sutherland.com

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 10/01/1982

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes    [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

October 24, 2014                    /s/ Jerome B. Libin
Date                                Signature of pro se or counsel

cc: Deborah K. Snyder via CM/ECF

Form 30

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on October 24, 2014 by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
  (by email or CM/ECF)

| Jerome B. Libin | /s/ Jerome B. Libin |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Sutherland Asbill & Brennan LLP
Address: 700 Sixth Street, NW, Suite 700
City, State, ZIP: Washington, DC 20001
Telephone Number: (202) 383-0145
FAX Number: (202) 637-3593
E-mail Address: jerome.libin@sutherland.co

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.